IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:12-cr-014

STEVEN VANWINKLE,

    JUDGE WALTER HERBERT RICE

    Defendant.

## ENTRY OF CONTINUANCE; NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Trial reset | From 3/26/2012 on 3/19/2012 |
| Jury Trial Date | Monday, 4/30/2012 |
| Final Pretrial Conference (by telephone) | Monday, 4/23/2012 at 5:00 p.m. |
| Motion Filing Deadline:<br>    Oral and Evidentiary Motions | 4/9/2012 |
|     Other Motions | 4/16/2012 |
| Discovery Cut-off | 4/16/2012 |
| Speedy Trial Deadline | Waived by Defendant's Motion for Continuance (Doc. #23), the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(a). |

March 20, 2012

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf